# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 18-05192 |
| | ) | |
| ATIQ AHMAD, | ) | Hon. LaShonda A. Hunt |
| | ) | |
| | ) | |
| Debtor. | ) | |

## Certificate Of Service

I, Steven R. Radtke, hereby certify that on **December 11, 2018**, I caused a true and correct copy of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on the persons on the attached service list via First Class mail, postage prepaid, as indicated on the service list.

/s/ Steven R. Radtke
STEVEN R. RADTKE, TRUSTEE
Attorney ID No. 0312-4816
79 WEST MONROE STREET
SUITE 1305
CHICAGO IL 60603
(312) 346-1935

AhmadNFRCrtSrv

# SERVICE LIST
# ATIQ AHMAD, DEBTOR
# CASE NO. 18-05192

Office of the United States Trustee
219 South Dearborn, Room 873
Chicago, IL 60604

Atiq Ahmad
2014 Charter Point Drive
Arlington Heights, IL 60004-7253

PYOD, LLC its successors and assigns as
of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602-9008

Bank of America
P.O. Box 982238
El Paso TX 79998-2238

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk VA 23541-1021

American Express National Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern PA 19355-0701

AhmadTFRSrvList