UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
 §
 §
Atiq Ahmad § Case No. 18-05192
 §
 §
 Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 236,600.00 |
| Total Distributions to Claimants: 5,804.15 | Claims Discharged Without Payment: 187,073.76 |
| Total Expenses of Administration: 7,529.00 | |

3) Total gross receipts of $ 13,333.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 13,333.15 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 67,700.00 | $ 4,128.45 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,529.00 | 7,529.00 | 7,529.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,418.11 | 62,033.80 | 62,033.80 | 5,804.15 |
| **TOTAL DISBURSEMENTS** | $ 174,118.11 | $ 73,691.25 | $ 69,562.80 | $ 13,333.15 |

4) This case was originally filed under chapter 7 on 02/26/2018 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/07/2019           By:/s/STEVEN R. RADTKE
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Nissan Rogue S | 1129-000 | 6,446.21 |
| 2014 Toyota Prius | 1129-000 | 4,487.94 |
| Chase Bank | 1129-000 | 875.00 |
| Chase Bank | 1129-000 | 750.00 |
| Midwest Bank | 1129-000 | 224.00 |
| Various Items Of Electronics Such As Tvs, Computer, Dvd, Rad | 1129-000 | 50.00 |
| Various Items Of Furniture And Household Goods | 1129-000 | 500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 13,333.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, Attn: General Correspondence/Bankru Po Box 30285 Salt Lake City, UT 84130 | | 3,700.00 | NA | NA | 0.00 |
| | Sahar Fassia, 0-535 Leonard St., NW Grand Rapids, MI 49534 | | 60,000.00 | NA | NA | 0.00 |
| | The Lofts, 1 Lake Arlington Towne 2463 Towne Blvd. Arlington Heights, IL 60004 | | 0.00 | NA | NA | 0.00 |
| 2 | Bank Of America, N.A. | 4110-000 | 4,000.00 | 4,128.45 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 67,700.00 | $ 4,128.45 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | 2100-000 | NA | 2,083.32 | 2,083.32 | 2,083.32 |
| STEVEN R. RADTKE | 2200-000 | NA | 10.68 | 10.68 | 10.68 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| DiMonte & Lizak, LLC | 3210-000 | NA | 5,400.00 | 5,400.00 | 5,400.00 |
| DiMonte & Lizak, LLC | 3220-000 | NA | 25.00 | 25.00 | 25.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,529.00 | $ 7,529.00 | $ 7,529.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, Business Card P.O. box 15796 Wilmington, DE 19886-5796 |  | 8,649.11 | NA | NA | 0.00 |
|  | Bank Of America, Po Box 982238 El Paso, TX 79998 |  | 23,054.00 | NA | NA | 0.00 |
|  | Chase Card Services, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 |  | 19,423.00 | NA | NA | 0.00 |
|  | Chase Card Services, Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 |  | 16,018.00 | NA | NA | 0.00 |
| 4 | American Express National Bank | 7100-000 | 19,861.00 | 20,244.31 | 20,244.31 | 1,894.14 |
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 19,413.00 | 25,702.72 | 25,702.72 | 2,404.86 |
| 3 | Synchrony Bank | 7100-000 | NA | 16,086.77 | 16,086.77 | 1,505.15 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 106,418.11 | $ 62,033.80 | $ 62,033.80 | $ 5,804.15 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-05192 | LAH | Judge: | LaShonda A. Hunt | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | Atiq Ahmad | | | | Date Filed (f) or Converted (c): | 02/26/2018 (f) |
| | | | | | 341(a) Meeting Date: | 04/02/2018 |
| For Period Ending: | 02/07/2019 | | | | Claims Bar Date: | 09/11/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2014 Charter Point Drive Arlington Heights Il 60004-7253 Co | 105,000.00 | 210,000.00 | | 0.00 | FA |
| 2. 2014 Nissan Rogue S | 11,925.00 | 11,925.00 | | 6,446.21 | FA |
| 3. 2014 Toyota Prius | 9,875.00 | 9,875.00 | | 4,487.94 | FA |
| 4. Various Items Of Furniture And Household Goods | 750.00 | 0.00 | | 500.00 | FA |
| 5. Various Items Of Electronics Such As Tvs, Computer, Dvd, Rad | 100.00 | 0.00 | | 50.00 | FA |
| 6. Various Items Of Clothing Incuding Coats, Hats, Shoes, Acces | 200.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 5.00 | 0.00 | | 0.00 | FA |
| 8. Chase Bank | 2,500.00 | 0.00 | | 875.00 | FA |
| 9. Midwest Bank | 1,000.00 | 0.00 | | 224.00 | FA |
| 10. Chase Bank | 2,000.00 | 0.00 | | 750.00 | FA |
| 11. Life Insurance With Prudential | 20,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)            $153,355.00            $231,800.00                        $13,333.15            $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/2018 Begin work on TFR

8/2018  Agreed order for turnover entered

6/2018  Employ counsel to assist Trustee in collection of non-exempt portion of debtor's assets; Trustee filed motion for turnover of property of estate

Initial Projected Date of Final Report (TFR): 06/30/2020    Current Projected Date of Final Report (TFR): 06/30/2020

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-05192 | Trustee Name: | STEVEN R. RADTKE | |
| Case Name: | Atiq Ahmad | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX6503 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX9841 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 02/07/2019 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/11/18 | | Atiq Ahmad | Installment payment per order of Court dated 8/15/18 | | $5,000.00 | | $5,000.00 |
| | | | Gross Receipts    $5,000.00 | | | | |
| | 3 | | 2014 Toyota Prius    $2,601.00 | 1129-000 | | | |
| | 4 | | Various Items Of Furniture And Household Goods    $500.00 | 1129-000 | | | |
| | 5 | | Various Items Of Electronics Such As Tvs, Computer, Dvd, Rad    $50.00 | 1129-000 | | | |
| | 8 | | Chase Bank    $875.00 | 1129-000 | | | |
| | 9 | | Midwest Bank    $224.00 | 1129-000 | | | |
| | 10 | | Chase Bank    $750.00 | 1129-000 | | | |
| 09/18/18 | | Atiq Ahmad | Installment payment | | $5,000.00 | | $10,000.00 |
| | | | Gross Receipts    $5,000.00 | | | | |
| | 2 | | 2014 Nissan Rogue S    $3,113.06 | 1129-000 | | | |
| | 3 | | 2014 Toyota Prius    $1,886.94 | 1129-000 | | | |
| 10/05/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 10/29/18 | 2 | Atiq Ahmad | Final Installment payment | 1129-000 | $3,333.15 | | $13,323.15 |
| 01/24/19 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $2,083.32 | $11,239.83 |
| | | | Page Subtotals: | | $13,333.15 | $2,093.32 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-05192 | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|
| Case Name: | Atiq Ahmad | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6503 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9841 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/07/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/19 | 1002 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $10.68 | $11,229.15 |
| 01/24/19 | 1003 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3210-000 | | $5,400.00 | $5,829.15 |
| 01/24/19 | 1004 | DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3220-000 | | $25.00 | $5,804.15 |
| 01/24/19 | 1005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 1 creditor account # representing a payment of 9.36 % per court order. | 7100-000 | | $2,404.86 | $3,399.29 |
| 01/24/19 | 1006 | Synchrony Bank<br>C/O Pra Receivables Management, Llc<br>Po Box 41021<br>Norfolk Va 23541 | Final distribution to claim 3 creditor account # representing a payment of 9.36 % per court order. | 7100-000 | | $1,505.15 | $1,894.14 |
| 01/24/19 | 1007 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 4 creditor account # representing a payment of 9.36 % per court order. | 7100-000 | | $1,894.14 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,333.15 | $13,333.15 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,333.15 | $13,333.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,333.15 | $13,333.15 |

Page Subtotals: $0.00  $11,239.83

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6503 - Checking | $13,333.15 | $13,333.15 | $0.00 |
| | $13,333.15 | $13,333.15 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,333.15 |
| Total Gross Receipts: | $13,333.15 |

Page Subtotals: $0.00 $0.00